

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION**

Appellate case name:     AIC Management v. Sandpoint Condominium Association, Inc. and Randall Management, Inc.

Appellate case number:     01-15-00503-CV

Trial court cause:     2014-04767

Trial court:     113th District Court, Harris County, Texas

Appellant, AIC Management, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals); 1st Tex. App. (Houston) Loc. R. 4 (governing electronic filing).

Accordingly, the Court has directed me to notify appellant that this appeal is subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3 (allowing involuntary dismissal).

Appellant must pay the required fees **within 10 days** of the date of this notice or the Court may dismiss the appeal. *See* TEX. R. APP. P. 42.3.

Clerk's signature:     _____
                              Christopher A. Prine, Clerk of the Court

Date:          December 10, 2015